**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

In re:

    SAMIR ALIP BAAKLINI JR
    MELISSA EMILY BAAKLINI
          Debtor(s)

Case No. 10-42975-EDJ13

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Martha G. Bronitsky, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/18/2010.

2) The plan was confirmed on 05/27/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/09/2011.

5) The case was converted on 09/01/2011.

6) Number of months from filing to last payment: 13.

7) Number of months case was pending: 18.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $13,050.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $11,078.33 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$11,078.33** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $3,574.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $590.69 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$4,164.69** |

Attorney fees paid and disclosed by debtor:     $1,226.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ASSET ACCEPTANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 1,116.00 | 1,157.08 | 1,157.08 | 105.56 | 0.00 |
| AT&T | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERVIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BAY AREA CREDIT SERVICE | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| CANDICA C/O WEINSTEIN AND RILEY | Unsecured | 1,672.00 | 1,672.84 | 1,672.84 | 152.61 | 0.00 |
| Capital One | Unsecured | 1,102.00 | NA | NA | 0.00 | 0.00 |
| COAST TO COAST FINANCIAL | Unsecured | 161.00 | 161.38 | 161.38 | 0.00 | 0.00 |
| Comcast | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| CR EVERGREEN | Unsecured | 1,291.00 | 1,291.51 | 1,291.51 | 117.83 | 0.00 |
| CREDIT CONST | Unsecured | 225.00 | NA | NA | 0.00 | 0.00 |
| CREDIT MANAGEMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Credit Management | Unsecured | 440.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC LP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC LP | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| DIVERSIFIED ADJUSTMENT | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| First Bk Of De/contine | Unsecured | 342.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT | Secured | 19,335.36 | 19,335.36 | 19,335.36 | 3,067.71 | 653.10 |
| FORD MOTOR CREDIT CORPORATION | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| FST PREMIER | Unsecured | 265.00 | NA | NA | 0.00 | 0.00 |
| HOUSEHOLD BANK/BEST BUY | Unsecured | 1,473.00 | 4,473.42 | 4,473.42 | 408.12 | 0.00 |
| HSBC BANK NV C/O PRA RECEIVABL | Unsecured | 244.00 | 233.33 | 233.33 | 16.19 | 0.00 |
| LVNV FUNDING C/O RESURGENT CA | Unsecured | NA | 1,465.25 | 1,465.25 | 133.68 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 921.00 | NA | NA | 0.00 | 0.00 |
| MERIWEST CREDIT UNION | Unsecured | 495.00 | 494.81 | 494.81 | 34.34 | 0.00 |
| Nco Financial Srvs Inc | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| PACIFIC BELL TELEPHONE CO | Unsecured | 199.00 | 198.55 | 198.55 | 18.11 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 344.00 | 106.46 | 106.46 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | NA | 215.23 | 215.23 | 19.64 | 0.00 |
| RJM ACQUISITIONS FUNDING LLC | Unsecured | NA | 459.94 | 459.94 | 41.96 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Sallie Mae | Unsecured | 689.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 715.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 262.00 | NA | NA | 0.00 | 0.00 |
| Sallie Mae | Unsecured | 501.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE GUARANTEE SRVS/USA | Unsecured | 4,838.00 | 8,463.10 | 8,463.10 | 772.10 | 0.00 |
| SALLIE MAE GUARANTEE SRVS/USA | Unsecured | 857.00 | 4,148.49 | 4,148.49 | 378.47 | 0.00 |
| SALLIE MAE INC | Unsecured | 1,434.00 | 6,438.39 | 6,438.39 | 587.39 | 0.00 |
| SALLIE MAE PC TRUST C/O SALLIE M | Unsecured | NA | 9,986.21 | 9,986.21 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 3,834.00 | NA | NA | 0.00 | 0.00 |
| SOUTHWEST CREDIT SYSTE | Unsecured | 119.00 | NA | NA | 0.00 | 0.00 |
| Sprint | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL BKCY DEPT | Unsecured | 330.00 | 329.52 | 329.52 | 16.14 | 0.00 |
| Sprint PCS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| Target Corporation | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 2,000.00 | 1,206.01 | 1,206.01 | 110.03 | 0.00 |
| US BANK | Unsecured | NA | 469.34 | 469.34 | 42.82 | 0.00 |
| US BANK | Unsecured | NA | 38.00 | 38.00 | 0.00 | 0.00 |
| VERIZON WIRELESS BANKRUPTCY | Unsecured | 555.00 | 365.00 | 365.00 | 33.30 | 0.00 |
| WELLS FARGO | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| WELLS FARGO EDUCATION FIN SVC | Unsecured | NA | 2,242.00 | 2,242.00 | 204.54 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $19,335.36 | $3,067.71 | $653.10 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$19,335.36** | **$3,067.71** | **$653.10** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$45,615.86** | **$3,192.83** | **$0.00** |

UST Form 101-13-FR-S (9/1/2009)

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $4,164.69 | |
| Disbursements to Creditors | $6,913.64 | |
| **TOTAL DISBURSEMENTS** : | | **$11,078.33** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 09/06/2011                    By: /s/ Martha G. Bronitsky

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.